Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-11-00163-CR

Donald Remil **HUNT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR3563
Honorable Lori I. Valenzuela, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed:  June 8, 2011

DISMISSED

Pursuant to a plea bargain agreement, appellant, Donald Remil Hunt, pled nolo contendere to aggravated assault with a deadly weapon.  The trial court imposed sentence and signed a certification of defendant's right to appeal stating that this "is a plea-bargain case, and the defendant has NO right of appeal."  *See* TEX. R. APP. P. 25.2(a)(2).  After appellant filed his notice of appeal, the court clerk sent copies of the certification to this court.  *See* TEX. R. APP. P. 25.2(e).

Appellant filed a pro se general notice of appeal. *See* TEX. R. APP. P. 25.2(a)(2). The clerk's record contains a written plea bargain agreement, and the punishment assessed did not exceed the punishment recommended by the State and agreed to by the appellant; therefore, the trial court's certification accurately reflects that appellant's case is a plea bargain case and he does not have a right of appeal. *See* TEX. R. APP. P. 25.2(a)(2). Rule 25.2(d) provides, "The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). Accordingly, on March 18, 2011, this court issued an order stating this appeal would be dismissed pursuant to Rule 25.2(d) unless an amended trial court certification that shows appellant has the right of appeal was made part of the appellate record. *See Daniels v. State*,110 S.W.3d 174 (Tex. App.—San Antonio 2003, order); TEX. R. APP. P. 25.2(d); 37.1. No amended trial court certification has been filed; therefore, this appeal is dismissed.

PER CURIAM

Do not publish